1  FULTZ MADDOX DICKENS, PLC
   ADRIANNE J. SIMON (Cal. Bar No. 150227)
2  101 South Fifth Street, 27th Floor
   Louisville, KY 40202-3116
3
   Attorneys for Plaintiff THC-ORANGE COUNTY,
4  INC. d/b/a KINDRED HOSPITAL SAN FRANCISCO
   – BAY AREA
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THC - ORANGE COUNTY, INC., d/b/a KINDRED HOSPITAL SAN FRANCISCO – BAY AREA, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>EARTHBOUND FARM, LLC, a Delaware limited liability company; NATURAL SELECTION FOODS WELFARE BENEFITS PLAN; THE WHITEWAVE FOODS COMPANY, a Delaware corporation; THE WHITEWAVE FOODS COMPANY HEALTH & WELFARE PLAN<br><br>Defendants. | CASE NO.  17-cv-01136-DMR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned case shall be dismissed with prejudice, with each side to bear their own fees and costs of suit.

- 2 -

1 | Dated: June 20, 2017

3 | /s/Adrianne J. Simon
Adrianne J. Simon
4 | E-mail: asimon@fmdlegal.com
Fultz Maddox Dickens PLC
5 | 101 South Fifth Street, 27th Floor
Louisville, KY 40202-3116
6 | Telephone: (502) 588-2000
7 | Facsimile: (502) 588-2020

8 | Counsel for Plaintiff

/s/Clarissa A. Kang
Clarissa A. Kang
E-mail: ckang@truckerhuss.com
Tucker Huss, APC
ERISA and Employee Benefits Attorneys
One Embarcadero Center, 12th Floor
San Francisco, CA 94111-3617
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Counsel for Defendants



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA